PIERCY J. STAKELUM, ESQ. FL Bar #: 0135410
MICHAEL B. LYNCH, ESQ. FL Bar #: 668478
LAW OFFICE OF PIERCY J. STAKELUM, P.A.
1218 E. Robinson Street
Orlando, FL 32801
Telephone: (407) 246-7040
Facsimile: (407) 246-5022

Attorney for Plaintiff



UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
(SAN FRANCISCO DIVISION)

| | |
|---|---|
| In re: Bextra and Celebrex Marketing Sales Practices and Product Liability Litigation | MDL No. 1699<br><br>**District Judge: Charles R. Breyer**<br>**Magistrate:** |
| JUDITH FINGER, individually and on behalf of AVRAM FINGER, deceased,<br><br>Plaintiff,<br><br>v.<br><br>PFIZER, INC., PHARMACIA CORP., and G.D. SEARLE & CO.,<br><br>Defendants. | Case No. C06-3796-CRB<br><br>**STIPULATION FOR SUBSTITUTION OF COUNSEL** |

**STIPULATION FOR SUBSTITUTION OF COUNSEL**

IT IS HEREBY STIPULATED by and between the undersigned that KIM, PARDY & RODRIGUEZ, P.A., specifically Eduardo Rodirguez, Esquire at this time, 203 Marks Street, Orlando, Florida, 32801, be substituted as counsel of record for the LAW OFFICE OF PIERCY J. STAKELUM, P.A., and that PIERCY J. STAKELUM, ESQUIRE

of THE LAW OFFICE OF PIERCY J. STAKELUM, P.A., be relieved of further responsibility for representation of JUDITH FINGER, indivivually and on behalf of AVRAM FINGER, deceased in this case.

DATED this _____ day of September, 2006.

By: _____
Eduardo Rodriguez, Esquire
Kim, Smith & Pardy, P.A.
203 Marks Street
Orlando, FL 32801
Fla. Bar #: 0165654
Phone: (407)481-0066

By: _____
Piercy J. Stakleum, Esquire
Law Office of Piercy J. Stakelum, P.A.
1218 E. Robinson Street
Orlando, FL 32801
Fla. Bar #: 0135410
Phone: (407)246-7040

IT IS SO ORDERED

_____
CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE
November 7, 2006
DATE