Eduardo Rodriguez
Pardy & Rodriguez, P.A.
f/k/a Kim, Pardy & Rodriguez, P.A.
Post Office Box 3747
Orlando, Florida 32802-3747
Telephone: 407-481-0066
Facsimile: 407-481-7939
Email: erodriguez@pardyrodriguezlaw.com

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case Specific Number: 3:06-cv-3796-CRB<br><br>**MDL NO. 1699**<br>**District Judge: Charles R. Breyer** |
| Judith Finger, as Personal Representative of Avram Finger,<br><br>Plaintiffs,<br><br>vs.<br><br>Pfizer, Inc., et al.<br>Defendants. | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Come now the Plaintiff, JUDITH FINGER, as Personal Representative of AVRAM FINGER, and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action with prejudice with each side bearing its own attorneys' fees and costs.

DATED, this 30 day of March, 2009.

By: _____
EDUARDO RODRIGUEZ
Attorneys for Plaintiff,
Judith Finger, as Personal Rep. of Avram Finger

-1-

DATED, this 11 day of August, 2009.

By: /s/ Loren Brown
LOREN BROWN
Attorneys for Defendants,
Pfizer, Inc., et al.

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: AUG 1 7 2009

Hon. Charles R. Breyer
United States District Court

-2-

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**